UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| Gerald Ross Pizzuto, Jr.<br><br>           Plaintiff,<br><br>v.<br><br>Josh Tewalt, et al.<br><br>           Defendants. | Case No. 1:21-cv-267-DCN<br><br>**ORDER** |

      Upon request of the parties, this matter has been referred by United States District Judge David C. Nye for a settlement conference. Having reviewed the matter and being fully advised in the premises, **IT IS HEREBY ORDERED that:**

      1)     A settlement conference is set to take place on **July 30, 2021** *at* **9:00 a.m** at the United States Courthouse in **Boise** before United States Magistrate Judge Candy Wagahoff Dale.

      2)     Each party to such settlement conference must be represented by counsel authorized to participate in settlement negotiations.

      3)     The **parties, principals, and/or insurance representatives** to the litigation must attend the conference in person, except for Mr. Pizzuto, who will appear by

telephone. All parties must be **personally present** and must be represented by lead or chief counsel authorized to participate in settlement negotiations.

4) Counsel will be required to be knowledgeable about the facts of the case and prepared to candidly discuss the same with the settlement judge and in the presence of his or her client(s).

5) **Telephonic Status Conference**: Judge Dale will conduct a telephonic status conference with the parties on **July 23, 2021** at **9:30 a.m.** mountain time for the purpose of discussing settlement conference procedure and other preliminary matters, including the materials to be presented to the settlement judge in advance of the settlement conference. The parties shall dial 1-888-273-3658, Access code: 5475731.

6) All information provided to Judge Dale for settlement purposes will be held in confidence and all written material submitted will be returned to the submitting party or destroyed upon termination of the settlement proceedings.

7) No oral statement, written document, or other material considered during the settlement procedure may be used against any party to this litigation. Further, pursuant to Dist. Idaho Loc. Civ. R. 16.4(b), none of the matters or information discussed during the conference will be communicated to the trial judge.

**IT IS SO ORDERED.**

Dated: **July 21, 2021**

Honorable Candy W. Dale
United States Magistrate Judge

ORDER - 2