Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Miles Pope, Alaska Bar No. 1508066
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org; Miles_Pope@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500
Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

Caleb Lin, California Bar No. 316869
(admitted *pro hac vice)*
DLA PIPER LLP (US)
555 Mission St., Ste. 2400, San Francisco, CA 94105-2933
Tel: (415) 836-2500; ECF:  caleb.lin@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | Case No. 1:21-cv-00267-DCN |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO LIFT STAY [DKT. 37]** |
| **JOSH TEWALT, et al.,** | |
| Defendants. | |

PLAINTIFF'S MOTION TO LIFT STAY - 1

In this civil-rights action, Plaintiff Gerald Ross Pizzuto, Jr. is challenging the State's refusal to allow his spiritual advisor's presence, prayer, and touch during his execution. *See* Dkt. 23. On April 19, 2022, the instant federal action was stayed pending the Idaho Supreme Court's decision in an appeal concerning the Governor's commutation power. *See* Dkt. 37. The Idaho Supreme Court released its opinion on August 23, 2022, and ruled against Mr. Pizzuto. *See State v. Pizzuto*, --- P.3d ----, 2022 WL 3591723 (Idaho 2022).

On August 31, the Court set a status conference for September 7, 2022. *See* Dkt. 39. At the status conference, the undersigned explained Mr. Pizzuto's position that the case could proceed without urgency if the Attorney General's Office agreed to refrain from seeking a death warrant while the instant action is pending. Opposing counsel responded that she could not speak to the question of when her office would seek the death warrant—even though the lawyer who will do so is her colleague in the same Criminal Law Division of the Attorney General's Office. At the status conference, the Court advised the parties that it would lift the stay in seven days unless a motion to extend it were filed. *See* Dkt. 42. Seven days have passed and no motion to extend the stay has been filed. Therefore, Mr. Pizzuto respectfully asks the Court to lift the stay without delay.

Prior to the entry of the stay, the Court had scheduled a hearing on the State's motion to dismiss (Dkt. 26). *See* Dkt. 29. Mr. Pizzuto respectfully proposes that the Court adopt the same general timeline and schedule a hearing for mid-November, with the understanding that if the Attorney General's Office obtains a death warrant then the parties will require more expedited proceedings and related procedural accommodations.

//

//

//

PLAINTIFF'S MOTION TO LIFT STAY - 2

DATED this 21st day of September 2022.

/s/ Christopher M. Sanchez
Christopher M. Sanchez
Jonah J. Horwitz
Miles Pope
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Sarah E. Kalman
Caleb Lin
DLA Piper LLP (US)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

/s/ Julie Hill
Julie Hill