Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
702 W. Idaho Street, Suite 900, Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

Caleb Lin, California Bar No. 316869
(admitted *pro hac vice)*
DLA PIPER LLP (US)
555 Mission St., Ste. 2400, San Francisco, CA 94105-2933
Tel: (415) 836-2500; ECF:  caleb.lin@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | ) | **CASE NO. 1:21-cv-00267-DCN** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF GERALD ROSS** |
| v. | ) | **PIZZUTO, JR.'S MOTION FOR** |
| | ) | **PRELIMINARY INJUNCTION** |
| **JOSH TEWALT, et al.,** | ) | **AND FOR EXPEDITED RESPONSE** |
| | ) | |
| Defendants. | ) | **Execution Scheduled for December** |
| | ) | **15, 2022** |
| | ) | |
| | ) | |

MOTION FOR PRELIMINARY INJUNCTION – Page 1

Plaintiff Gerald Ross Pizzuto, Jr., pursuant to Federal Rules of Civil Procedure 65(a) and (b) and 28 U.S.C. § 1651, hereby moves this Court for a preliminary injunction ordering the Idaho Department of Correction not to execute him until it has amended both its execution protocol (SOP 135) and its administrative regulation on executions (IDAPA 06.01.01.135). A memorandum in support is being filed contemporaneously with this motion. Pursuant to the local rules, and for the good cause occasioned by the Attorney General's premature decision to obtain a death warrant, Mr. Pizzuto also requests that the State be ordered to respond in an expedited fashion, that undersigned counsel be given an opportunity to reply, and for expedited consideration by the Court. *See* Dist. Idaho Loc. Civ. R. 6.1 (a).

DATED this 21st day of November 2022.

/s/ Christopher M. Sanchez
Christopher M. Sanchez
Jonah J. Horwitz
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Amanda Camelotto Laufer
Caleb Lin
DLA PIPER LLP (US)

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

/s/ L. Hollis Ruggieri
L. Hollis Ruggieri

MOTION FOR PRELIMINARY INJUNCTION – Page 2