**LAWRENCE G. WASDEN**
**ATTORNEY GENERAL OF IDAHO**

**KARIN MAGNELLI, ISB #6929**
Lead Deputy Attorney General, Idaho Department of Correction

**KRISTINA M. SCHINDELE, ISB #6090**
Deputy Attorney General, Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2095
Facsimile: (208) 327-7485
E-mail:  kmagnell@idoc.idaho.gov
         krschind@idoc.idaho.gov

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOSH TEWALT, ET AL., <br><br> Defendants. | Case No. 1:21-cv-267-DCN <br><br> NOTICE RE: EXECUTION STATUS |

Defendants, by and through their attorneys of record, the Idaho Attorney General's Office, hereby notifies the Court that today the Director for the Idaho Department of Correction ("IDOC") notified the Board of Correction, the Governor's Office, and this office that IDOC does not have the necessary chemicals to carry out the execution on December 15, 2022. Execution preparation by IDOC will cease and the death warrant will be allowed to expire. See attached memorandum dated November 30, 2022.

Respectfully submitted November 30, 2022.

> By:   /s/ Karin Magnelli
> Karin Magnelli
> Deputy Attorney General
> Counsel for Defendants

Notice Re: Execution Status - 1

## **CERTIFICATE OF SERVICE**

  I certify that on November 30, 2022, I caused to be served a true and correct copy of the foregoing via CM/ECF Electronic Notification:

 Jonah J. Horwitz: Jonah_Horwitz@fd.org
 Christopher M. Sanchez: Christopher_M_Sanchez@fd.org
 Stanley J. Panikowski: stanley.panikowski@dlapiper.com
 Sarah E. Kalman: sarah.kalman@dlapiper.com
 Caleb Lin: caleb.lin@dlapiper.com

Counsel for Plaintiffs

                /s/ Karin Magnelli