

# Idaho Department of Correction

*Protect the public, our staff and those within our custody and supervision*

| BRAD LITTLE | JOSH TEWALT |
|---|---|
| Governor | Director |

**Date:** November 30, 2022

**To:** Board of Correction

**From:** Josh Tewalt, Director

**Cc:** Brady Hall, General Counsel, Office of the Governor
Karin Magnelli, Lead Deputy Attorney General

**Re:** Execution Update

On November 16, 2022, I received the death warrant from 2nd District Judge Gaskill scheduling the execution date of Mr. Gerald Pizzuto for December 15, 2022.  Upon receipt of the warrant, I announced the IDOC's current difficulties securing the chemicals necessary to carry out the execution, and I suspended implementation of SOP 135.02.01.001, Execution Procedures, except for those portions that ensured Mr. Pizzuto's due process rights remain protected.  Our efforts to obtain the necessary chemicals have been unsuccessful to date.

While our efforts to secure chemicals remain ongoing, I have no reason to believe our status will change prior to the scheduled execution on December 15, 2022.  In my professional judgement, I believe it is in the best interest of justice to allow the death warrant to expire and stand down our execution preparation. While the warrant remains active, Mr. Pizzuto will be housed in a manner consistent with Idaho Code.

There is no more solemn responsibility than implementing capital punishment, and it is a responsibility this agency approaches with the gravity and care it deserves.  Consistent with your direction, we will maintain our readiness to carry out this process with professionalism, dignity, and respect for everyone impacted.