Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
702 W. Idaho Street, Suite 900, Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org; Christopher_M_Sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSH TEWALT, et al.,**<br><br>Defendants. | **CASE NO. 1:21-cv-00267-BLW**<br><br>**PLAINTIFF GERALD ROSS PIZZUTO, JR.'S MOTION FOR PRELIMINARY INJUNCTION AND FOR EXPEDITED RESPONSE**<br><br>**Execution Scheduled for March 23, 2023** |

Plaintiff Gerald Ross Pizzuto, Jr., pursuant to Federal Rules of Civil Procedure 65(a) and (b) and 28 U.S.C. § 1651, hereby moves this Court for a preliminary injunction ordering the Idaho Department of Correction not to execute him until it has amended both its execution protocol (SOP

MOTION FOR PRELIMINARY INJUNCTION – Page 1

135) and its administrative regulation on executions (IDAPA 06.01.01.135).  A memorandum in support is being filed contemporaneously with this motion.  Pursuant to the local rules, and for the good cause occasioned by the Attorney General's premature decision to obtain a death warrant for the third time, Mr. Pizzuto also requests that the State be ordered to respond in an expedited fashion, that undersigned counsel be given an opportunity to reply, and for expedited consideration by the Court.  *See* Dist. Idaho Loc. Civ. R. 6.1 (a).

DATED this 24th day of March 2023.

    /s/ Christopher M. Sanchez
Christopher M. Sanchez
Jonah J. Horwitz
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Amanda Camelotto Laufer
DLA PIPER LLP (US)

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

    /s/ Julie Hill
Julie Hill

MOTION FOR PRELIMINARY INJUNCTION – Page 2