Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, Idaho Bar No. 12070
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900, Boise, ID 83702
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org
           Christopher_M_Sanchez@fd.org

Stanley J. Panikowski, California Bar No. 224232
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700, San Diego, CA 92101-4297
Telephone: (619) 699-2700; Facsimile: (619) 699-2701
ECF: stanley.panikowski@dlapiper.com

Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
One Liberty Place
1650 Market Street, Suite 500, Philadelphia, PA 19103
Telephone: (215) 656-2438
ECF: sarah.kalman@dlapiper.com

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **GERALD ROSS PIZZUTO, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSH TEWALT,** Director, Idaho Dept. of Correction, et al.<br><br>Defendants. | **CASE NO. 1:21-cv-00267-BLW**<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE STAY OF EXECUTION AND REQUEST FOR EXPEDITED BRIEFING**<br><br>**Execution Scheduled for March 23, 2023** |

For the reasons stated in the accompanying memorandum in support, Plaintiff Gerald Ross

Pizzuto, Jr. respectfully asks that his execution be administratively stayed until the current death

warrant expires if the State cannot demonstrate by the end of the day tomorrow, March 10, that it will be able to obtain the lethal drugs. Given the time-sensitive nature of this motion, Mr. Pizzuto respectfully asks the Court to order a response from the State within the next twelve hours. *See* Dist. Idaho Loc. Civ. R. 6.1.

DATED this 9th day of March 2023.

/s/ Christopher M. Sanchez
Christopher M. Sanchez
Jonah J. Horwitz
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
Sarah E. Kalman
DLA PIPER LLP (US)

*Attorneys for Plaintiff Gerald Ross Pizzuto, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

/s/ Julie Hill
Julie Hill